**United States District Court**
**Central District of California**

| | |
|---|---|
| United States of America,<br><br>            Plaintiff/Respondent,<br><br>v.<br><br>Christopher Paul George,<br><br>            Defendant/Petitioner. | Case No. **5:21-cv-01705-VAP** ✓<br>5:12-cr-00065-VAP-2<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Denying Christopher Paul George's Section 2255 Motion filed concurrently herewith, IT IS SO ORDERED AND ADJUDGED that George's claims against Respondent are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    2/16/22

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge